# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOHAMED ABDALLA MAHMOUD,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 84880

**FILED**

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to withdraw plead of guilt." Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order on August 5, 2020. Appellant did not file the notice of appeal, however, until June 13, 2022, well after the expiration of the 30-day appeal period described by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-21522

cc: Hon. Jerry A. Wiese, Chief Judge
Mohamed Abdalla Mahmoud
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk